UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW J. FECTEAU,<br><br>                          Petitioner,<br><br>-against-<br><br>THE DEPARTMENT OF DEFENSE; THE SECRETARY OF DEFENSE; 80TH TRAINING COMMAND,<br><br>                         Respondents. | 24-cv-8201 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 14, 2025, order, the complaint is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 17, 2025
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge